476 A.2d 70

Commonwealth v. Giviens, Appellant.

Submitted March 7, 1984. Robert S. Robbins, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, MONTEMURO and JOHNSON, JJ.

Judgments of sentence for robbery and criminal conspiracy are affirmed; judgment of sentence for possession of an instrument of crime is vacated.